(105 So. 704)

**Ex parte James E. BLACK.   (4 Div. 240.)**

(Supreme Court of Alabama.   Oct. 15, 1925.)

Certiorari to Court of Appeals.·

E. C. Boswell, of Geneva, for petitioner.
Harwell G. Davis, Atty. Gen., ʼopposed.

GARDNER, J.   Petition of James ˉE. Black for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Black v. State, 105 So. 703. Writ denied.

ANDERSON, C. J., and SAYRE and· MILLER, JJ., concur.